IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-332-JFH |
| DAVID ANTHONY ROMANNOSE, | |
| Defendant. | |

**OPINION AND ORDER**

Before the Court are: (1) a motion to file an oversized brief [Dkt. No. 96]; (2) a motion to acquit [Dkt. No. 97]; and (3) a motion for hearing and oral argument [Dkt. No. 101] ("Motions") filed by Defendant David Anthony Romannose ("Defendant").

The Motions are drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motions. *See* Dkt. No. 102; Dkt. No. 103 (Ryan A. Ray appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding possible motions signed by counsel.

IT IS THEREFORE ORDERED that Defendant's (1) motion to file an oversized brief [Dkt. No. 96]; (2) motion to acquit [Dkt. No. 97]; and (3) motion for hearing and oral argument [Dkt. No. 101] are DENIED WITHOUT PREJUDICE.

Dated this 29th day of October 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE